E-FILED
Monday, 28 February, 2005  03:08:47 PM
 Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

EULALIO GANDIAGA-MARTINEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-3011-M

*FILED FEB 25 2005 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 25, 2005__ in __Sangamon__ county, in the __Central__ District of __Illinois__ defendant(s) did:

knowingly and in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or move such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law.

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

I further state that I am a <u>Special Agent, U.S. Immigration and Customs Enforcement</u> and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: ■ Yes  ☐ No

s/ Tom D. Merchant
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 25, 2005  4:35 pm  at  Springfield, Illinois
Date                                                              City and State

Byron G. Cudmore
U.S. Magistrate Judge                                s/ Byron G. Cudmore
Name & Title of Judicial Officer              Signature of Judicial Officer

STATE OF ILLINOIS            )
                             ) ss
COUNTY OF SANGAMON           )

## AFFIDAVIT

I, Tom D. Merchant, Senior Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn on oath, depose and state as follows:

1.  I am a Senior Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), and have been so employed since March 1, 2003. I was previously employed by the U.S. Immigration and Naturalization Service for more than twenty three years.

2.  In my employment, I am assigned to investigate alleged violations of immigration laws, including activities which constitute transportation of illegal aliens.

3.  This affidavit is made in support of a criminal complaint against Eulalio GANDIAGA-Martinez.

4.  On February 25, 2005 at approximately 3:05 a.m., ICE Senior Special Agent (SSA) Tom Merchant received a telephone call from a dispatcher for the Illinois State Police, District Nine Headquarters in Springfield, Illinois. The dispatcher advised that an officer had stopped a vehicle near milepost 95 on northbound Interstate 55 in Springfield, Illinois and that the vehicle was believed to contain twelve (12) undocumented aliens.

5.  On February 25, 2005 at approximately 3:40 a.m., SSA Merchant arrived at the scene of the vehicle stop and determined that all twelve (12) occupants of the van were undocumented Mexican nationals. SSA Merchant was advised by Illinois State Trooper Craig Pool that he had stopped the van for traveling 70 m.p.h. in a 65 m.p.h. zone. None of the twelve (12) occupants of the vehicle were in possession of documentation issued in the United States. The driver of the van, Eulalio GANDIAGA-Martinez was able to speak sufficient English to tell Trooper Pool that none of the occupants of the van were in possession of immigration

documents. Several passengers were seated on the floor of the van and in the cargo area in the rear of the van.

6. The occupants of the van were transported to the ICE Office in Springfield, Illinois for processing and further investigation. After receiving his rights per Miranda and his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs in the Spanish language, and waiving his Miranda rights, Eulalio GANDIAGA-Martinez admitted that he knew that his passengers were illegal aliens and that he entered the United States illegally near Naco, Arizona on or about February 17, 2005. He stated that he had met his passengers in Sonora, Mexico and arrangements were made to meet at "Arnulfo's" house in Phoenix, Arizona. GANDIAGA stated that "Arnulfo" is his girl friend's cousin. GANDIAGA stated that the group was en route to Chicago to seek a job with better wages. GANDIAGA stated that "Arnulfo" let the group use the van and that they were going to pool their money after finding work in Chicago and pay "Arnulfo" $2,500.00 for the van. GANDIAGA stated that he has resided in Agua Prieta, Sonora, Mexico for the past six months.

7. The passengers of the van were interviewed. Three of the passengers stated that relatives had sent money to unknown smugglers in Phoenix and that these relatives were going to send additional money totaling $1,800.00 apiece to the smugglers after the passengers arrived in Florida. These passengers stated that GANDIAGA drove all but about seven hours during the trip from Phoenix. These passengers first met GANDIAGA when drove the van to a load house in Phoenix to pick them up. Six additional passengers were picked up at a second load house in Phoenix and two individuals were picked up at a McDonald's restaurant in Limon, Colorado. GANDIAGA paid for the gasoline during the trip from Phoenix to Illinois. Most of the other passengers paid varying amounts to unknown smugglers in Phoenix and were going to pay these smugglers additional money after arriving in Chicago. One passenger stated that the group was going to pool their money after arrival in Chicago and pay $2,500.00 to the owner of the van.

8. Eulalio GANDIAGA-Martinez did knowingly or in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or move, or attempt to transport or move such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. These alleged acts are in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii). These alleged acts occurred in Sangamon County, within the Central District of Illinois.

10. Further Your Affiant Sayeth Not.

s/ Tom D. Merchant
Tom D. Merchant, Senior Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 25th day of February, 2005  4:35 pm

s/ Byron G. Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE