E-FILED
Thursday, 03 March, 2005 10:34:48 AM
Clerk, U.S. District Court, ILCD

FILED
MAR - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>EULALIO GANDIAGA-MARTINEZ, )<br>)<br>Defendant. ) | NO. 05-CR-300 21<br><br>VIO: Title 8, United States<br>Code, §§1324 (a)(1)(A)(ii), |

INDICTMENT

The Grand Jury charges:

Count 1
(Illegal Transportation of Aliens)

On or about February 25, 2005, in the Central District of Illinois and elsewhere, the defendant,

**EULALIO GANDIAGA-MARTINEZ,**

knowing and in reckless disregard of the fact that at least one person who was an alien had come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move that alien within the

United States by means of transportation in furtherance of such violation of law.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

A TRUE BILL,

/S/ _____
FOREPERSON

/S/ Greg Harris
_____
JAN PAUL MILLER
UNITED STATES ATTORNEY

PAM