# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 04 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

**WARRANT FOR ARREST**

EULALIO GANDIAGA-MARTINEZ

Case Number: 05-3011-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Eulalio Gandiago-Martinez _____
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

illegal transportation of illegal aliens

in violation of Title 8 United States Code, Section 1324(a)(1)(A)(ii).

RECEIVED
2005 FEB 28 P 3:21
U.S. MARSHALS SERVICE
CENTRAL ILLINOIS

Byron G. Cudmore
Name of Issuing Officer

/s/ Byron G. Cudmore
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

February 25, 2005, Springfield, Illinois   4:35 PM
Date and Location

BAIL FIXED AT $ __NO BAIL__   by   BYRON G. CUDMORE  BGC
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at  Springfield, IL

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 2-28-05 | Tom Merchant | *signature* |
| **Date of Arrest** 2-25-05 | **Title of Arresting Officer** BICE | |