UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 05-30021 |
| | ) | |
| EULALIO GANDIAGA-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Now comes the Defendant, EULALIO GANDIAGA-MARTINEZ, by his attorney, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pre-trial conference presently scheduled for April 25, 2005, and jury trial presently scheduled for May 3, 2005, to some future date and states as follows:

1. Defense counsel requires additional time to confer with Mr. Gandiaga-Martinez.

2. Assistant United States Attorney Patricia McInerney has been advised of this request and indicated that she has no objection.

3. In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause.

EULALIO GANDIAGA-MARTINEZ, Defendant

s/ Karl W. Bryning

1

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
Ill. Bar Number: 6220739
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on April 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ms. Patricia McInerney, Assistant United States Attorney, 318 South 6th Street, Springfield, IL 62701-1806

             s/ Karl W. Bryning

             Karl W. Bryning
             Assistant Federal Public Defender
             Attorney for Defendant
             Ill. Bar Number: 6220739
             401 Main Street, Suite 1500
             Peoria, Illinois 61602
             Phone: 309/671-7891
             FAX: 309/671-7898
             Email: karl_bryning@fd.org