**E-FILED**
Tuesday, 19 April, 2005  02:42:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-30021 |
| ) | |
| EULALIO GANDIAGA-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

    This case comes before the Court on the Defendant's motion to continue.

    The final pretrial conference in this case is currently scheduled for April 25, 2005, and the jury trial is set for May 3, 2005. Because he needs additional time to consult with his attorney, the Defendant seeks a continuance of those dates. The Government has no objection to a continuance on that basis.

    Based upon the above justification, the Court finds that the ends of

1

justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Ergo, the Defendant's motion to continue [d/e 8] is ALLOWED. The final pretrial conference is hereby continued to June 6, 2005 at 4:30 p.m. The jury trial is continued to June 7, 2005 at 10:00 a.m.

ENTER: April 19, 2005

FOR THE COURT:

s/Richard Mills
United States District Judge