IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-30021 |
| ) | |
| EULALIO GANDIAGA-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

RICHARD MILLS, U.S. District Judge:

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the Indictment is hereby accepted and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for September 12, 2005 at 2:30 p.m.

DONE AND ORDERED this 16th day of June, 2005.

s/Richard Mills
United States District Judge