UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER:  05-30021 |
| | ) | |
| EULALIO GANDIAGA-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S COMMENTARY ON SENTENCING FACTORS**

Now comes the United States of America by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Patricia A. McInerney, and for its commentary on sentencing factors states the following:

1. The pre-sentence report correctly sets forth the defendant's offense level and conduct.

2. <u>Paragraph14 and Paragraph (1), Addendum to the Pre-sentence Report</u>: The defendant objects to his offense level adjustment pursuant to U.S.S.G. § 2L1.1(b)(5) for intentionally or recklessly creating a substantial risk of death or serious bodily injury to another person.  The adjustment was given based on a combination of circumstances: (1) excessive number of passengers in the vehicle, and (2) the lack of sufficient stops for food and hygiene purposes.

3. In support of the enhancement, at sentencing the government will call two witnesses: (1) Agent Tom Merchant to testify as to the seating capacity of the 1995 Chevrolet

1

Lumina Van that the defendant was driving at the time he was stopped on I-55, and (2) Trooper Craig Pool, who stopped the van for a traffic violation, will testify to the number and location of passengers in the van, and to observing the presence of urine bottles in the van.

4.	Commentary Note 4 to U.S.S.G. § 2L1.1 (b)(5) indicates that the enhancement is applied in those situations where the conduct involved transporting substantially more passengers than the rated capacity of a motor vehicle, or harboring persons in a crowded, dangerous, or inhumane conditions.  The phrase, "creating a substantial risk" in the sentencing guidelines focuses on the chosen manner of transporting the aliens, not whether the driver manufactured the dangerous condition.  *United States v. Garcia-Guerrero*, 313 F.3d 892, 897 (5th Cir. 2002), see also *United States v. Solomon Ortega-Vazquez,* 03-30079 (decision by District Court Judge Jeanne Scott, Central District of Illinois, finding the enhancement proper where 15 passengers were transported in a van with a capacity of seven where several were seated on the floor and others in the cargo area); and *United States v. Julio Salcedo-Castaneda*, 01-30053 (decision by District Court Judge Jeanne Scott, Central District of Illinois, finding that the combination of 11 passengers in the back of a pick-up truck and evidence of urine found in plastic jugs supported the enhancement.).

                                                Respectfully submitted,

                                                JAN PAUL MILLER
                                                UNITED STATES ATTORNEY

                                                s/ Patricia A. McInerney
                                                 Patricia A. McInerney, 0782440 (Illinois)
                                                 Assistant United States Attorney
                                                 318 South Sixth Street
                                                 Springfield. IL 62701
                                                 Phone: (217) 492-4450
                                                 patricia.mcinerney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Karl Bryning
    Attorney for Eulalio Gandiaga-Martinez

    s/ Patricia A. McInerney
    Patricia A. McInerney, 0782440 (Illinois)
    Assistant United States Attorney
    318 South Sixth Street
    Springfield. IL 62701
    Phone: (217) 492-4450
    patricia.mcinerney@usdoj.gov