E-FILED
Thursday, 15 September, 2005  05:59:46 PM
Clerk, U.S. District Court, ILCD




| Home | Used Cars | New Cars | Car Reviews | Auto Recalls | Car Incentives | Car Pricing | Car Dealers | Auto Rebates |

**Car Research Topics**

- New Cars
- Used Cars
- Car Reviews
- Car Photos
- Auto Recalls
- Car Incentives
- Car Pricing
- Car Rebates
- Crash Tests
- Car Specifications
- Car Dealers
- Auto Repair
- Auto News
- Gas Prices
- Coches Nuevos

▶ New Car Quote
▶ Used Cars
▶ Auto Loans

### Car SPECIFICATIONS

## 1995 Chevrolet Lumina Specs and Data

Looking to learn the intricate details of a particular car? The 1995 Chevrolet Lumina specifications section of InternetAutoGuide.com can give you the inside look you need before making your car buying decision. Each vehicle model listed includes comprehensive 1995 Chevrolet Lumina car data & specifications, including performance & efficiency features, handling & braking features, exterior & aerodynamics Features, and interior features. Other 1995 Chevrolet Lumina data for each vehicle includes available submodels, bodystyles, drivetrains, transmissions, engines, and colors. Learn more about the car of your choice today with 1995 Chevrolet Lumina specifications!

Enter Your ZIP for Used Cars Near You: [        ] Next

- **Locate a Local Chevrolet Lumina Dealer**
- **Low Auto Financing Rates**
- **Compare Auto Loan Quotes**
- **Ready to Buy a Chevrolet Lumina?**

### 1995 Chevrolet Lumina Specifications

Quick Specs

| | |
|---|---|
| **Submodels:** | Base; LS |
| **Bodystyles:** | 2-Dr Cargo; 2-Dr Passenger; 4-Dr Sedan |
| **Drivetrains:** | Front Wheel Drive; Rear Wheel Drive |
| **Transmissions:** | 3 Speed Automatic; 4 Speed Automatic; Automatic |
| **Engines:** | 3.1L V6; 3.4L V6; 3.8L V6 |

**1995 Chevrolet Lumina Performance & Efficiency Standard Features**

- 3,135 cc 3.1 liters 6 V front transverse engine with 89 mm bore, 84 mm stroke, 8.9 compression ratio, overhead valv and two valves per cylinder
- Unleaded fuel
- Fuel economy EPA highway (l/100km): 8.1
- Multi-point injection fuel system
- 65 liter fuel tank
- Power: SAE and 104 kW , 140 HP @ 4,400 rpm; 185 ft lb , 251 Nm @ 3,200 rpm

**1995 Chevrolet Lumina Handling, Ride & Braking Standard Features**

- Four disc brakes including two ventilated discs
- Spacesaver spare wheel
- Strut front suspension with stabilizer bar , rear suspension with stabilizer bar independent with coil springs

**1995 Chevrolet Lumina Interior Standard Features**

- CFC free liquid air conditioning
- Fixed mast antenna
- Front illuminated ashtray , additional row seats ashtray
- Stereo audio system with AM/FM
- Automatic drive indicator on dashboard
- Cargo area light
- Cargo capacity: rear seat up; to lower window (liters): 445 and all seats in place (liters): 445
- Front seats and additional row seats cigar lighter
- Digital clock



GOVERNMENT EXHIBIT 1

- Delayed/fade courtesy lights with four switches
- Cup holders
- Door pockets/bins for driver seat and passenger seat
- Floor covering: carpet in load area
- Driver and passenger front airbag
- Split bench seat , split bench seat
- Reel height adjustable front seat belts on driver seat and passenger seat
- Front seat center armrest with integral box
- Lockable illuminated glove compartment with lid
- Height adjustable head restraints on front seats
- Internal dimensions: front headroom (mm): 975, rear headroom (mm): 950, front hip room (mm): 1,407, rear hip room (mm): 1,405, front leg room (mm): 1,077, rear leg room (mm): 930, front shoulder room (mm): 1,483, rear shoulder room (mm): 1,458 and interior volume (liters): 2,846
- Power locks
- Power steering
- Front reading lights
- Reel rear seat belts on driver side , reel rear seat belts on passenger side , static rear seat belts on center side
- Rear view mirror
- Front pocket seat back storage
- Cloth seat upholstery
- Seating: six seats
- Four speakers
- Plastic steering wheel
- Passenger vanity mirror
- Ventilation system with four fan speeds and rear seat heater ducts

**1995 Chevrolet Lumina Exterior & Aerodynamic Standard Features**

- Body side molding
- Front and rear body color impact absorbing bumpers
- Chrome/bright trim on side of body and on bumpers
- Coefficient of drag: 0.33
- Driver internally adjustable door mirrors , passenger externally adjustable door mirrors
- External dimensions: overall length (mm): 5,103, overall width (mm): 1,842, overall height (mm): 1,402, wheelbase (mm): 2,731, front track (mm): 1,511, rear track (mm): 1,499 and curb to curb turning circle (mm): 11,186
- Halogen bulb twin headlights
- Luxury trim
- Gloss paint , black paint , metallic paint
- Rear window
- Tinted glass
- Weights: curb weight (kg) 1,510
- Two-speed windshield wipers with variable intermittent wipe

- **Locate a Local Chevrolet Lumina Dealer**
- **Compare Auto Loan Quotes**
- **Low Auto Financing Rates**
- **Ready to Buy a Chevrolet Lumina?**

### More 1995 Lumina Research

- 1995 Chevrolet Lumina for Sale
- 1995 Chevrolet Lumina Specs
- Chevrolet Car Reviews
- 1995 Chevrolet Lumina Photos
- 1995 Chevrolet Lumina Crash Test Ratings
- Used Chevrolet Lumina Classifieds

Copyright 2004 Internet Auto Guide.com All Rights Reserved.



# NHTSA Safety Standards and Regulations

NHTSA has a legislative mandate under Title 49 of the United States Code, Chapter 301, Motor Vehicle Safety, to issue **Federal Motor Vehicle Safety Standards (FMVSS)** and Regulations under Title 49 of the Code of Federal Regulations, Part 571. Vehicles and equipment must conform and certify compliance to these **safety standards.**

**Search NHTSA**

**Resources**

- Buying a Safer Car brochures
- Detailed crash test reports
- Other crash test sites
- NHTSA Safety Standards and Regulations
- Regulatory Evaluation
- Fuel Economy Guide (Dept. of Energy) & Green Vehicle Guide (EPA)
- Advertising Guidelines (*for manufacturers*)
- safercar.gov home

**FMVSS and Regulations Quick Reference Guide.** This booklet lists the Federal Motor Vehicle Safety Standards that were in effect as of October 2003, and provides a brief summary of each safety standard. It also provides similar information on other NHTSA consumer information regulations and requirements.



View HTML

View PDF

To order either or both, call **1-888-327-4236** or visit our Order Materials page (click here)

FMVSS are **regulations written in terms of minimum safety performance requirements** for motor vehicles and motor vehicle equipment. They specify the level of protection to an occupant against unreasonable risk of death or injury in the event of a crash.



GOVERNMENT EXHIBIT 2

http://www.safercar.gov/pages/ResourcesLinksNSSandR.htm                                    9/8/2005

Quick Reference Guide to Federal Motor Vehicle Safety Standards and Regulations

**Application:**

Passenger cars, multipurpose passenger vehicles, trucks

### Standard No. 207: Seating Systems

**Scope and Purpose:**

This standard establishes requirements for seats, their attachment assemblies, and their installation to minimize the possibility of their failure by forces acting on them as a result of vehicle impact.

**Application:**

Passenger cars, multipurpose passenger vehicles, trucks, and buses

### Standard No. 208: Occupant Crash Protection

**Scope and Purpose:**

This standard specifies performance requirements for the protection of vehicle occupants in crashes. The purpose of this standard is to reduce the number of deaths of vehicle occupants, and the severity of injuries, by specifying vehicle crashworthiness requirements in terms of forces and accelerations measured on a variety of anthropomorphic dummies in test crashes, and static airbag deployment tests. This standard also specifies equipment requirements for active and passive restraint systems.

**Application:**

Passenger cars, trucks, buses, and multipurpose passenger vehicles with a GVWR of 3,855 kg (8,500 lb) or less and an UVW of 2,495 kg (5,500 lb) or less, except for walk-in

22

van-type trucks or vehicles designed to be sold exclusively to the U. S. Postal Service

## Standard No. 209: Seat Belt Assemblies

### Scope and Purpose:

This standard specifies requirements for seat belt assemblies. Seat belt assemblies are devices such as straps, webbing, or similar material, as well as to all necessary buckles and other fasteners and all hardware designed for installing the assembly in a motor vehicle, and to the installation, usage, and maintenance instructions for the assembly. The purpose of this standard is to ensure that the hardware of seat belt assemblies shall be designed to prevent attachment bolts and other parts from becoming disengaged from the vehicle while in service.

### Application:

Passenger cars, multipurpose passenger vehicles, trucks, and buses

## Standard No. 210: Seat Belt Assembly Anchorages

### Scope and Purpose:

This standard establishes requirements for seat belt assembly anchorages to ensure their proper location for effective occupant restraint and to reduce the likelihood of their failure during a vehicle impact.

### Application:

Any component, other than the webbing or straps, involved in transferring seat belt loads to the vehicle structure in passenger cars, multipurpose passenger vehicles, trucks, and buses

### § 567.2 Application.

(a) This part applies to manufacturers and distributors of motor vehicles to which one or more standards are applicable.

(b) In the case of imported motor vehicles, the requirement of affixing a label or tag applies to Registered Importers of vehicles admitted to the United States under 49 CFR 591.5(f) to which the required label or tag is not affixed.

[36 FR 7056, Apr. 14, 1971, as amended at 48 FR 46995, Oct. 17, 1983; 56 FR 22356, May 15, 1991]

### § 567.3 Definitions.

All terms that are defined in the Act and the rules and standards issued under its authority are used as defined therein. The term *bumper* has the meaning assigned to it in Title I of the Cost Savings Act and the rules and standards issued under its authority.

*Chassis-cab* means an incomplete vehicle, with a completed occupant compartment, that requires only the addition of cargo-carrying, work-performing, or load-bearing components to perform its intended functions.

[36 FR 7056, Apr. 14, 1971, as amended at 42 FR 37817, July 25, 1977; 43 FR 21891, May 22, 1978]

### § 567.4 Requirements for manufacturers of motor vehicles.

(a) Each manufacturer of motor vehicles (except vehicles manufactured in two or more stages) shall affix to each vehicle a label, of the type and in the manner described below, containing the statements specified in paragraph (g) of this section.

(b) The label shall, unless riveted, be permanently affixed in such a manner that it cannot be removed without destroying or defacing it.

(c) Except for trailers and motorcycles, the label shall be affixed to either the hinge pillar, door-latch post, or the door edge that meets the door-latch post, next to the driver's seating position, or if none of these locations is practicable, to the left side of the instrument panel. If that location is also not practicable, the label shall be affixed to the inward-facing surface of the door next to the driver's seating position. If none of the preceding locations is practicable, notification of that fact, together with drawings or photographs showing a suggested alternate location in the same general area, shall be submitted for approval to the Administrator, National Highway Traffic Safety Administration, Washington, DC 20590. The location of the label shall be such that it is easily readable without moving any part of the vehicle except an outer door.

(d) The label for trailers shall be affixed to a location on the forward half of the left side, such that it is easily readable from outside the vehicle without moving any part of the vehicle.

(e) The label for motorcycles shall be affixed to a permanent member of the vehicle as close as is practicable to the intersection of the steering post with the handle bars, in a location such that it is easily readable without moving any part of the vehicle except the steering system.

(f) The lettering on the label shall be of a color that contrasts with the background of the label.

(g) The label shall contain the following statements, in the English language, lettered in block capitals and numerals not less than three thirty-seconds of an inch high, in the order shown:

(1) Name of manufacturer: Except as provided in paragraphs (g)(1) (i), (ii), and (iii) of this section, the full corporate or individual name of the actual assembler of the vehicle shall be spelled out, except that such abbreviations as "Co." or "Inc." and their foreign equivalents, and the first and middle initials of individuals, may be used. The name of the manufacturer shall be preceded by the words "Manufactured By" or "Mfd By." In the case of imported vehicles, where the label required by this section is affixed by the Registered Importer, the name of the Registered Importer shall also be placed on the label in the manner described in this paragraph, directly below the name of the final assembler.

(i) If a vehicle is assembled by a corporation that is controlled by another corporation that assumes responsibility for conformity with the standards, the name of the controlling corporation may be used.

(ii) If a vehicle is fabricated and delivered in complete but unassembled form, such that it is designed to be assembled without special machinery or tools, the fabricator of the vehicle may affix the label and name itself as the manufacturer for the purposes of this section.

(iii) If a trailer is sold by a person who is not its manufacturer, but who is engaged in the manufacture of trailers and assumes legal responsibility for all duties and liabilities imposed by the Act with respect to that trailer, the name of that person may appear on the label as the manufacturer. In such a case the name shall be preceded by the words "Responsible Manufacturer" or "Resp Mfr."

(2) Month and year of manufacture: This shall be the time during which work was completed at the place of main assembly of the vehicle. It may be spelled out, as "June 1970", or expressed in numerals, as "6/70."

(3) "Gross Vehicle Weight Rating" or "GVWR," followed by the appropriate value in pounds, which shall not be less than the sum of the unloaded vehicle weight, rated cargo load, and 150 pounds times the vehicle's designated seating capacity. However, for school buses the minimum occupant weight allowance shall be 120 pounds.

(4) "Gross Axle Weight Rating" or "GAWR," followed by the appropriate value in pounds for each axle, identified in order from front to rear (e.g., front, first intermediate, second intermediate, rear). The ratings for any consecutive axles having indentical gross axle weight ratings when equipped with tires having the same tire size designation may, at the option of the manufacturer, be stated as a single value, with label indicating to which axles the ratings apply.

EXAMPLES OF COMBINED RATINGS

GAWR: (a) All axles—4080 with 7.00-15 LT (D) tires.

(b) Front—12,000 with 10.00-20(G) tires.

First intermediate to rear—15,000 with 12.00-20(H) tires.

(5) The statement: "This vehicle conforms to all applicable Federal motor vehicle safety standards in effect on the date of manufacture shown above." The expression "U.S." or "U.S.A." may be inserted before the word "Federal".

(i) In the case of passenger cars manufactured on or after September 1, 1978, the expression "and bumper" shall be included in the statement following the word "safety".

(ii) In the case of 1987 and subsequent model year passenger cars manufactured on or after April 24, 1986, the expression "safety, bumper, and theft prevention" shall be substituted in the statement for the word "safety".

(iii) In the case of multipurpose passenger vehicles (MPVs) and trucks with a GVWR of 6,000 pounds or less manufactured on or after June 11, 1999, the expression "and theft prevention" shall be included in the statement following the word "safety".

(6) Vehicle identification number.

(7) The type classification of the vehicle as defined in §571.3 of this chapter (e.g., truck, MPV, bus, trailer).

(h) Multiple GVWR-GAWR ratings. (1) (For passenger cars only) In cases where different tire sizes are offered as a customer option, a manufacturer may at his option list more than one set of values for GVWR and GAWR, in response to the requirements of paragraphs (g) (3) and (4) of this section. If the label shows more than one set of weight rating values, each value shall be followed by the phrase "with _____ tires," inserting the proper tire size designations. A manufacturer may at his option list one or more tire sizes where only one set of weight ratings is provided.

PASSENGER CAR EXAMPLE

GVWR:
 4400 LB with G78-14B Tires, 4800 LB with H78-14B Tires.

GAWR:
 Front—2000 LB with G78-14B Tires at 24 psi, 2200 LB with H78-14B Tires at 24 psi.
 Rear—2400 LB with G78-14B Tires at 28 psi, 2600 LB with H78-14B Tires at 28 psi.

(2) (For multipurpose passenger vehicles, trucks, buses, trailers, and motorcycles) The manufacturer may, at its option, list more than one GVWR-GAWR-tire-rim-combination on the label, as long as the listing conforms in content and format to the requirements for tire-rim-inflation information set forth in Standard No. 120 of this chapter (§571.120).

169

**§ 567.4, Nt.**   **49 CFR Ch. V (10–1–04 Edition)**

(3) At the option of the manufacturer, additional GVWR–GAWR ratings for operation of the vehicle at reduced speeds may be listed at the bottom of the certification label following any information that is required to be listed.

(i) [Reserved]

(j) A manufacturer may, at his option, provide information concerning which tables in the document that accompanies the vehicle pursuant to § 575.6(a) of this chapter apply to the vehicle. This information may not precede or interrupt the information required by paragraph (g) of this section.

(k) In the case of passenger cars admitted to the United States under 49 CFR part 592 to which the label required by this section has not been affixed by the original producer or assembler of the passenger car, a label meeting the requirements of this paragraph shall be affixed by the importer before the vehicle is imported into the United States, if the car is from a line listed in Appendix A of 49 CFR Part 541. This label shall be in addition to, and not in place of, the label required by paragraphs (a) through (j), inclusive, of this section.

(1) The label shall, unless riveted, be permanently affixed in such a manner that it cannot be removed without destroying or defacing it.

(2) The label shall be affixed to either the hinge pillar, door-latch post, or the door edge that meets the door-latch post, next to the driver's seating position, or, if none of these locations is practicable, to the left side of the instrument panel. If that location is also not practicable, the label shall be affixed to the inward-facing surface of the door next to the driver's seating position. The location of the label shall be such that it is easily readable without moving any part of the vehicle except an outer door.

(3) The lettering on the label shall be of a color that contrasts with the background of the label.

(4) The label shall contain the following statements, in the English language, lettered in block capitals and numerals not less than three thirty-seconds of an inch high, in the order shown:

(i) Model year (if applicable) or year of manufacture and line of the vehicle, as reported by the manufacturer that produced or assembled the vehicle. "Model year" is used as defined in § 565.3(h) of this chapter. "Line" is used as defined in § 541.4 of this chapter.

(ii) Name of the importer: The full corporate or individual name of the importer of the vehicle shall be spelled out, except that such abbreviations as "Co." or "Inc." and their foreign equivalents and the middle initial of individuals, may be used. The name of the importer shall be preceded by the words "Imported By".

(iii) The statement: "This vehicle conforms to the applicable Federal motor vehicle theft prevention standard in effect on the date of manufacture."

(l)(1) In the case of a passenger car imported into the United States under 49 CFR 591.5(f) which does not have an identification number that complies with 49 CFR 565.4 (b), (c), and (g) at the time of importation, the Registered Importer shall permanently affix a label to the vehicle in such a manner that, unless the label is riveted, it cannot be removed without being destroyed or defaced. The label shall be in addition to the label required by paragraph (a) of this section, and shall be affixed to the vehicle in a location specified in paragraph (c) of this section.

(2) The label shall contain the following statement, in the English language, lettered in block capitals and numerals not less than 4 mm high, with the location on the vehicle of the original manufacturer's identification number provided in the blank: ORIGINAL MANUFACTURER'S IDENTIFICATION NUMBER SUBSTITUTING FOR U.S. VIN IS LOCATED

[36 FR 7056, Apr. 14, 1971, as amended at 36 FR 23572, Dec. 10, 1971; 41 FR 3479, Jan. 23, 1976; 41 FR 13923, Apr. 1, 1976; 42 FR 7144, Feb. 7, 1977; 42 FR 31162, June 20, 1977; 42 FR 37371, July 21, 1977; 42 FR 37817, July 25, 1977; 50 FR 43192, Oct. 24, 1985; 52 FR 28562, July 31, 1987; 54 FR 46256, Nov. 2, 1989; 56 FR 22356, May 15, 1991; 59 FR 64170, Dec. 13, 1994; 61 FR 29036, June 7, 1996; 64 FR 6817, Feb. 11, 1999]

EFFECTIVE DATE NOTE: At 67 FR 69623, Nov. 18, 2002, § 567.4 was amended by revising paragraph (h)(2), effective Sept. 1, 2003. At 68 FR 33655, June 5, 2003, the effective date was delayed until Sept. 1, 2004. At 69 FR 31306, June

**Nat'l Highway Traffic Safety Admin., DOT** §567.5

3, 2004, the effective date was further delayed until Sept. 1, 2005. For the convenience of the user, the revised text is set forth as follows:

§567.4 **Requirements for manufacturers of motor vehicles.**

\* \* \* \* \*

(h) \* \* \*

(2) (For multipurpose passenger vehicles, trucks, buses, trailers, and motorcycles) The manufacturer may, at its option, list more than one GVWR-GAWR-tire-rim combination on the label as long as the listing contains the tire-rim combination installed as original equipment on the vehicle by the vehicle manufacturer and conforms in content and format to the requirements for the tire-rim-inflation information set forth in §571.110, §571.120, §571.129 and §571.139 of this chapter.

\* \* \* \* \*

§567.5 **Requirements for manufacturers of vehicles manufactured in two or more stages.**

(a) Except as provided in paragraph (e) of this section, each manufacturer of a chassis-cab shall affix a label to each chassis-cab manufactured on or after July 25, 1978, in the location and form specified in §567.4, that contains the following statements to the extent that they are applicable.

(1) "This chassis-cab conforms to Federal Motor Vehicle Safety Standard Nos. _____." The statement shall be completed by inserting the numbers of the safety standards (e.g., 101, 207) to which the chassis-cab conforms.

(2) "This vehicle will conform to Standard Nos. _____ if it is completed in accordance with the instructions contained in the incomplete vehicle document furnished pursuant to 49 CFR part 568." The statement shall be completed by inserting the numbers of the safety standards conformity to which is substantially affected by both the design of the chassis-cab and the manner in which the vehicle is completed (i.e., the standards listed under category (ii) in §568.4(a)(7) of this chapter).

(3) "Conformity to the other safety standards applicable to this vehicle when completed is not substantially affected by the design of the chassis-cab."

(4) Name of chassis-cab manufacturer preceded by the words "CHASSIS-CAB MANUFACTURED BY" or "CHASSIS-CAB MFD BY".

(5) Month and year of manufacture of chassis-cab. This may be spelled out, as in "JUNE 1970", or expressed in numerals, as in "6/70". No preface is required.

(b) Except as provided in paragraphs (e) and (f) of this section, each intermediate manufacturer of a vehicle manufactured in two or more stages shall affix a label, in the location and form specified in §567.4, to each chassis-cab respecting which he is required by §568.5 to furnish an addendum to the incomplete vehicle document described in §568.4. However, this paragraph applies only to chassis-cabs that have been certified by a chassis-cab manufacturer in accordance with paragraph (a) of this section. The label shall contain the following statements as appropriate.

(1)(i) "With respect to Standard Nos. _____, the instructions of prior manufacturers have been followed so that the chassis-cab now conforms to these standards." The statement shall be completed by inserting the numbers of all or less than all of the standards, and only those standards, respecting which the latest prior certification statement was in the form prescribed in paragraph (a)(2) or (b)(2) of this section.

(ii) "This chassis-cab conforms to Federal Motor Vehicle Safety Standard Nos. _____." The statement shall be completed by inserting the numbers of the other standards to which the chassis-cab conforms, excluding those standards respecting which the latest prior certification statement was in the form prescribed in paragraphs (a)(1), (b)(1)(i), or this paragraph.

(2) "This vehicle will conform to Standard Nos. _____ if it is completed in accordance with the instructions contained in the amended incomplete vehicle document furnished pursuant to 49 CFR part 568." The statement shall be completed by inserting the numbers of the standards conformity to which is substantially affected by both the design of the chassis-cab (as modified by the intermediate manufacturer) and the manner in which the vehicle is completed.

171



